# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3754

_____

United States Fidelity and Guaranty     *
Company,                                *
                                        *
                Appellant,              *
                                        *    Appeal from the United States
        v.                              *    District Court for the Western
                                        *    District of Arkansas.
Alliance Insurance Group of             *
Arkadelphia, Inc., also known as        *         [UNPUBLISHED]
Alliance Insurance Group; Adam          *
Guthrie, Jr.,                           *
                                        *
                Appellees.              *

_____

Submitted:  September 16, 1999
Filed: September 22, 1999

_____

Before BEAM and FAGG, Circuit Judges, and BOGUE,* District Judge.

_____

PER CURIAM.

United States Fidelity and Guaranty Company (USF&G) appeals the district court's adverse rulings denying USF&G's petition to compel arbitration and motion for reconsideration. Having carefully analyzed and considered the parties' arguments, we

_____

*The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.

conclude USF&G acted inconsistently with its known right to arbitrate by substantially and actively invoking the litigation process, prejudiced Alliance Insurance Group of Arkadelphia, Inc. by its actions, and thus waived its right to demand arbitration.  See Ritzel Communications, Inc. v. Mid-American Cellular Tel. Co., 989 F.2d 966, 968-71 (8th Cir. 1993).

We affirm on the basis of the district court's order without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.